Date: 08/12/09       **DIVIDENDS REMITTED TO THE COURT**       Page:

*[handwritten: CHK 1207]*
*[handwritten: 00148715]*

Case Number 08-13563 - STRONG, LISA F.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Patient First**<br>276 W. Bagley Road<br>Berea, OH 44017 | 000005 | 44.20 | 2.05 |
| ---------- Remittance Total --------------- | | 44.20 | 2.05 |

_____
MARY ANN RABIN, Trustee

09 AUG 25 PM 2:08 [filed stamp]